"Sky Dog"
aka Neil Paris Sugarman
Fed. Reg. No. 56205-097
FCI II (medium) Victorville
P.O. Box 5200
Adelanto, CA. 92301

FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

"Sky Dog",
aka Neil Paris Sugarman,   Case No. _____
        Plaintiff,
                                    06 1096

v.
                              MOTION TO TAKE
                              LEAVE TO PROCEED
                              IN FORMA PAUPERIS
Terresa Banks, et.al.,        ON ATTORNEY BIVENS
        Defendants.           SUIT PURSUANT
                              TO 28 U.S.C. § 1331

Comes now, "Sky Dog", aka Neil
Paris Sugarman moves this Honorable
Court for an order Granting Plaintiff
Leave to Proceed In Forma Pauperis on
Bivens Suit Pursuant to 28 U.S.C. §1331.
    As Grounds therefore, the following

3

RECEIVED
JUN 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

is stated under penalty of perjury pursuant to 28 U.S.C § 1746.

1. I am the Plaintiff in the above captioned suit.

2. I am indigent, as a result of years in prison and I don't have the money, assets, or other sources to pay the filing fee or other court costs as result of the filing of this application and memorandum in support of suit under Bivens, 28 U.S.C. §331.

3. The courts have previously found me indigent in all previous court proceedings (District of Columbia #05-2392 and #06-0708) (in trial, on direct appeal and in all post-conviction proceedings.

I hereby state under penalty of perjury that the foregoing is true and correct. Signed and dated this 28 day of May, 2006.

Respectfully submitted,

Nebor Mavis Nickerman
#56705-097

I, NEIL PARIS SUGARMAN, REQUEST AND AUTHORIZE THE AGENCY HOLDING ME IN CUSTODY (B.O.P.) TO SEND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA A CERTIFIED COPY OF MY PRISON ACCOUNT STATEMENT FOR THE PAST SIX MONTHS. I FURTHER REQUEST REQUEST AND AUTHORIZE THE AGENCY HOLDING ME IN CUSTODY TO CALCULATE THE AMOUNTS SPECIFIED BY 28 U.S.C. § 1915(b), TO PRESENT THOSE AMOUNTS TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. THIS AUTHORIZATION SHALL APPLY TO ANY AGENCY INTO WHOSE CUSTODY I MAY BE TRANSFERRED.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $250.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

NEIL PARIS SUGARMAN
#56705-098