FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

06 1096

NEIL PARIS SUGARMAN, ) CASE NO. 06-0208
    Plaintiff,         )
                       ) MOTION TO MAKE
                       ) LEAVE TO AMEND/
v.                     ) SUPPLEMENT TORT
                       ) CLAIM-(SUIT) UNDER
                       ) 28 U.S.C. §1346(b) AND
UNITED STATES OF AMERICA, ) 18 U.S.C. §§ 2042 (b) PUR-
    Defendant.         ) SUANT TO RULE 15(a)
                       ) FED. R. CIV. PRO. OF CIV. PRO.

### MOTION TO AMEND/SUPPLEMENT

Come Now, Plaintiff, Neil Paris Sugarman, Pro Se, respectfully moves this Honorable Court for an order granting him permission to Amend/Supplement Tort Claim under Federal Tort Claim Act (28 U.S.C. §1346(b)) and 18 U.S.C. and pursuant to Rule 15(a) & (b) of Fed. R. of Civ. Pro..

### AMENDING A TORT CLAIM

Amending a petition depends on in part on the stage of the case at which the plaintiff seeks to Amend/Supplement.

RECEIVED
JUN 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

N                                                         5

Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, provides that "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

Court Rule 15(a) gives civil complainants, inter alia, the right to amend the petition once without leave of the court, "at any time before [the state's] ... responsive pleading is served." See Eddix v. Moyle, 125 S.Ct. at 2569; Willis v. Collins, 809 F.2d 187, 189 (5th Cir. 1993); Bird v. Collins, 924 F.2d 67, 68 (5th Cir.) cert. denied, 501 U.S. 1218 (1991); Sanders v. United States, 323 U.S. 19, (1963); Holliday v. Johnston, 313 U.S. 342 (3), 350 (4), (1941); Cox v. Warden, 911 F.2d 1111, 1114 (5th Cir. 1990) (district court's denial of motion to amend cannot be reversed without showing of prejudice, which was absent because court consistently reject claim petitioner sought to amend into petition); Brennan v. Davis,

321 cfr. 12d, c.oz (k.01) (one explainkd denial of amendment motion in civil petition is abuse of discretion).

## ATTACHMENTS

**EXHIBIT "A"** - Tort claim (Form 95) filed on September 8, 2005, for loss of (2) two law books ($50), Administrative Claim No. TRT-WXR-2006-00105

**EXHIBIT "B"** - Letter administrative claim No. TRT-WXR-2006-00105 dated Jan 27, 2006

**EXHIBIT "C"** - Letter acknowledging receipt of tort claim - Administrative Claim No. TRT-WXR-2006-01143

**EXHIBIT "D"** - List of missing property in tort claim No. TRT-WXR-2006-01143

**EXHIBIT "E"** - Letter denying tort claim No. TRT-WXR-2006-01143 for $92.45

**EXHIBIT "F"** - Letter denying tort claim No. TRT-WXR-2006-0611 for $5,000 dated March 10, 2006.

### ADDITIONAL TORT CLAIMS

The plaintiff is seeking to file (3) three additional tort claims for loss of property and denial of medical attention necessary for chronic knee condit-

-3-

## RELEVANT FACTS

**Exhibit "A"**

On September 8, 2005, at about 2:40 P.M., after returning to the Education Law Library, C/O Cobos went into my cell (#235) in Unit 2B, and took (2) two law books (Federal Rules of Civil Procedures and Federal Rules of Criminal Procedures). See Exhibit A, that contains memo and property slip (BP383/384). No confiscation form was written or justification for such cell search. And C/O (Cobos') was observed by several other inmates leaving cell (#235) with said law books. The attached letter dated September 10, 2005 and an inmate personal property record (BP-383) clearly lists said books in section E (Miscellaneous) as part of the property coming with me when I was transferred from USP Lompoc to USP Victorville and it proves existence and ownership.

**Exhibit "B"**

Letter dated Jan. 27, 2006, denying administrative claim No. TRT-WXR-2006-00105, for the (2) two law books, as there being no evidence of negligence or other conduct for which the United States is liable. Also, it said that petitioner has failed to establish that I suffered a loss as a result of their negligence. (See Exhibit "B").

-4-

EXHIBIT "C"

Letter dated December 20, 2005 for property loss when petitioner was locked up on October 18, 2005; and C/O Suter did <u>not</u> lock (secure) my cell — which resulted in $92.45 worth of property being missing as a result of C/O Suter's negligence (conduct).

EXHIBIT "D"

List of missing property that was missing from my cell in F-Lower Unit, as a result of negligence by C/O Suter, for not locking my cell when I went to the CT's office at 10 am on October 18, 2005.

EXHIBIT "E"

Letter dated January 22, 2006, Administrative Claim No. TRT-WXR-2006-00148; states that there is no evidence of negligence or other conduct for which the United States is liable, it says that petitioner has failed to establish that petitioner suffered loss as a result of such negligence. See attached Exhibit "E".

EXHIBIT F

Letter dated March 10, 2006, Administrative Claim No. TRT-WXR-2006-01611; stating that there is no evidence of negligence. See attached Exhibit "F".

-5-

The $1,000 for compensation for negligence by staff not giving me [struck: anything] chronic care medication for glaucoma (Travatan) for 4 days (Dec 30 - Jan 2, 2006 which I was housed in the SHU.

Respectfully submitted,
Dated this 25 day of May 2006.

_____
Meir Aaron Sugarman
#56235-097
FCI II Victorville

-6-

EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. .1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: Bureau of Prisons Western Regional 7950 Dublin Ave., 3rd Floor Dublin Ave. 94568 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Neil Sugarman #56705-097 USP Victorville P.O. Box 5500, Adelanto, CA 92301 | |
| 3. TYPE OF EMPLOYMENT MILITARY ☐ CIVILIAN ☐ | 4. DATE OF BIRTH 10-05-44 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT Sept 8, 2005 | 7. TIME (A.M. OR P.M) 7:40 A.M. |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 9/8/05 at about 7:40 am a C/O Lobos went into my cell (234), Unit 2B and took (2) two law books (Federal Rules of Civil Procedure & Federal Rules of Criminal Procedure. No confiscation form was written or justification for such cell search. Said C/O was observed by several inmates leaving with said law books. (Inmate statement attached)

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $250 | | | $250 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) /s/ Neil Sugarman | 13b. Phone number of signatory USP Victorville | 14. DATE OF CLAIM 9/12/05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable                PRESCRIBED BY DEPT. OF JUSTICE
                                            28 CFR

06 1096 **FILED**

JUN 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?   Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.   No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   No

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)   None

19. Do you carry public liability and property damage insurance?   Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)   No

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

September 10, 2005

Harlan Penn
Regional Counsel
Western Regional Office
7950 Dublin Ave., 3rd Floor
Dublin, Ca. 94568

    Re: Tort Claim/BP-8 Grievance for C/O Cobos Taking of Inmate Property without Justification and Lack of Procedures

Dear Mr. Penn:

    I am filing this Tort claim as a result of a Correctional Officer Cobos going into my cell, #230 in Unit 2B, at USP Victorville and taking (2) two of my Law books without justification and in violation of Program Statement 5521.05, <u>Searches of Housing Units, Inmates and Inmate Work Areas</u>. C/O Cobos was observed by several inmates going into my room after I left on an Education movement at 7:30 A.M. on Thursday, September 8, 2005. There was <u>no</u> CONFISCATION FORM DONE OR REASON GIVEN FOR SUCH SEARCH. The books in question came through R & D here when I transferred here from USP Lompoc and are on my property form which I have attached along with a statement of an inmate who confronted C/O Cobos after he left my cell carrying said Law books.

Sincerely Yours,

*[signature]*
Neil Sugarman
#56725-097
USP Victorville

**U.S. Department of Justice**
Federal Bureau of Prisons

**Inmate Personal Property Record—**
Institution: _____

| 1. Name: | 2. Register Number: | 3. Unit: | 4. Date and Time of Inventory |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: _____
a.___ Admission   b.___ Hospital   c.___ Writ   d.___ Transfer   e.___ Detention   f.___ Release
g.___ Incoming package   h.___ Other (specify)

6. Disposition (Disp.)
D – Donated   M – Mail   S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

| a. Personally Owned Items | | | | | b. Hygiene, etc. | | d. Food/Tobacco Items | |
|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | | # Article | Disp. | # Article | Disp. |
| ___ Batteries | | ___ Plastic spoon, cup | | | ___ Dental floss | | ___ Canned tobacco | |
| ___ Belt | | ___ Playing cards | | | ___ Dentures | | ___ Chewing tobacco | |
| ___ Billfold | | ___ Purse | | | ___ Deodorant | | ___ Cigarettes | |
| ___ Books, reading | | ___ Radio (w/earplug) | | | ___ Hair oil | | ___ Cigars, snuff | |
|    hard___, soft___ | | ___ Religious medals | | | ___ Noxzema | | ___ Coffeemate | |
| ___ Books, religious | | ___ Ring | | | ___ Powder | | ___ Cold drink mix, soda | |
|    hard___, soft___ | | ___ Shirt/blouse | | | ___ Razor | | ___ Fruit | |
| ___ Brassiere | | ___ Shoes | | | ___ Razor blades | | ___ Honey, Hi-protein | |
| ___ Cap, Hat | | ___ Shoes, shower | | | ___ Shampoo | | ___ Instant chocolate | |
| ___ Coat | | ___ Shoes, slippers | | | ___ Shaving lotion | | ___ Instant coffee | |
| ___ Coins | | ___ Shoes, tennis | | | ___ Skin lotion | | ___ Instant tea | |
| ___ Comb | | ___ Shorts | | | ___ Soap | | ___ Pipe cleaner/filters | |
| ___ Combination lock | | ___ Skirt | | | ___ Soap dish | | ___ Pipes | |
| ___ Dress | | ___ Slip | | | ___ Toothbrush | | | |
| ___ Driver's license | | ___ Social security card | | | ___ Toothpaste | | | |
| ___ Earplugs | | ___ Socks | | | | | | |
| ___ Eyeglass case | | ___ Socks, athletic | | | | | | |
| ___ Eyeglasses | | ___ Stamps | | | | | | |
| ___ Gloves | | ___ Stockings | | | | | | |
| ___ Hair brush/pick | | ___ Sunglasses | | | | | | |
| ___ Handkerchief | | ___ Sweater | | | | | | |
| ___ Jacket | | ___ Sweat pants | | | | | | |
| ___ Jogging suit | | ___ Sweat shirt | | | c. Hobbycrafts | | e. Miscellaneous (List any damaged property and from where it was received; e.g., U.S. Marshal) | |
| ___ Legal Materials | | ___ Trophy | | | # Article | Disp. | | |
| ___ Letters | | ___ T-Shirts | | | | | | |
| ___ Magazines | | ___ Underwear | | | | | | |
| ___ Mirror | | ___ Watch/watch band | | | | | | |
| ___ Nail Clippers | | ___ Wig | | | | | | |
| ___ Pant/slacks | | | | | | | | |
| ___ Pen, ballpoint | | | | | | | | |
| ___ Pencils | | | | | | | | |
| ___ Personal papers | | | | | | | | |
| ___ Photo album | | | | | | | | |
| ___ Photos | | | | | | | | |

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                                                 Value Alleged by Inmate

☐ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.: _____ Date: _____ Time: _____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

USP LVN

BP-383(58)
October 1982



U.S. Department of Justice

Federal Bureau of Prisons

Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

**VIA CERTIFIED MAIL**

JAN 27 2006

Neil Sugarman
Reg. No. 56725-097
FCI Victorville II
P.O. Box 5700
Adelanto, CA 92301

Re:   Administrative Claim No. TRT-WXR-2006-00105

Dear Mr. Sugarman:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $250.00 in compensation for alleged personal property loss as a result of events at the United States Penitentiary (USP), Victorville, California, on or about September 8, 2005.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn

Harlan W. Penn
Regional Counsel

cc:   Warden
      USP Victorville, California

HWP/tad

06 1096

FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

December 20, 2005

Neil Sugarman
Reg. No. 56725-097
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA 92301

RE:   Administrative Claim No. TRT-WXR-2006-01143
      Filed on: December 14, 2005

Dear Mr. Sugarman:

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months within which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

It is your responsibility to advise this office of any change in your address. You are also requested to refer to the assigned claim number whenever corresponding with this office about your submission.

Sincerely,

*Harlan W. Penn*

HARLAN W. PENN
Regional Counsel

HWP/jmh

06 1096

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit "D"

## Missing Property

| | | |
|---|---|---|
| 1 | Koss R110 Headphones | $34.95 |
| 1 | Coby Radio | $18.20 |
| 1 | Pair of Reebok size 9 Tennis Shoes | $33.10 |
| 1 | Slippers | $6.95 |
| 1 | Baseball Cap | $3.50 |
| 1 | Jersey Shorts X-Large | 1.00 |
| 2 | Beaded Necklaces (Handmade) | 20.00 |
| 20 | Picante Soup (Ramen) 20 x .15 | 3.00 |
| 4 | Mackerel | 4.00 |
| 5 | Brown Rice | 6.50 |
| 5 | Refried Beans | 6.25 |
| 1 | Columbian Coffee | 2.25 |
| 1 | Taster's Choice | 3.20 |
| 1 | Shower Shoes | 3.25 |
| 2 | Microwavable Bowls | 6.00 |
| 1 | Coffee Cup | 2.60 |
| 3 | Books, Stamps | 22.80 |
| | | $192.65 |



U.S. Department of Justice

Federal Bureau of Prisons

*Western Regional Office*
*7950 Dublin Boulevard, Third Floor*
*Dublin, California 94568*

**VIA CERTIFIED MAIL**

JAN 27 2006

Neil Sugarman
Reg. No. 56725-097
FCI Victorville II
P.O. Box 5700
Adelanto, CA 92301

Re:   Administrative Claim No. TRT-WXR-2006-01143

Dear Mr. Sugarman:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $192.45 in compensation for alleged personal property loss as a result of events at the Federal Correctional Institution (FCI), Victorville II, California, on or about October 18, 2005.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn

Harlan W. Penn
Regional Counsel

cc:   Warden
      FCI Victorville II, California

HWP/tad

06 1096

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Western Regional Office*
*7950 Dublin Boulevard, Third Floor*
*Dublin, California 94568*

MAR 1 0 2006

**VIA CERTIFIED MAIL**

Neil Sugarman
Reg. No. 56725-097
FCI Victorville II
P.O. Box 5700
Adelanto, CA 92301

Re:   Administrative Claim No. TRT-WXR-2006-01611

Dear Mr. Sugarman:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $5,000.00 in compensation for alleged personal injury as a result of events at the Federal Correctional Institution (FCI), Victorville II, California, on or about December 30, 2005.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn
Regional Counsel

cc:   Warden
      FCI Victorville II, California

HWP/tad

06 1096

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT