UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**NEIL PARIS SUGARMAN**,           )
                              )
    Plaintiff,             )
                              )
  v.                          )   Civil Action No. 06-1096 (RWR)
                              )
**TERESAR BANKS, et al.**,         )
                              )
    Defendants.            )
_____)

**ORDER**

    This comes before the Court upon review of plaintiff's *pro se* complaint.  The document is handwritten and much of it is illegible.  As currently filed, the complaint does not allow the Court to decipher the claims or the defendants to prepare an answer or otherwise plead.  Accordingly, it is

    ORDERED that plaintiff file a clearly legible complaint within 30 days or the case will be dismissed.

                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge

DATE: 6/30/06