IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL PARIS SUGARMAN,<br>　　Plaintiff,<br><br>v.<br><br>TERESA BANKS, ET. AL.,<br>　　Defendants. | Civil Action No. 06-1096 (RWR)<br><br>MOTION FOR A (30) THIRTY DAY EXTENSION OF TIME TO COMPLY WITH ORDER OF 6/30/06; TO PROVIDE A LEGIBLE COPY OF ORIGINAL COMPLAINT |

COMES NOW, Plaintiff, Neil Paris Sugarman asks this Honorable Court for a (30) thirty day extension of time to respond to this courts order of 6/30/06 and provide a legible copy of Plaintiff's original complaint.

　　That Plaintiff is a Jailhouse Lawyer who does represent other prisoners and also has pending ligation in the Eastern District, of California, Fresno Division; U.S. District Court for the District of New Mexico (Las Cruces); and U.S. District Court for the Central District of California, Western Division.

　　That Plaintiff has additional litigation pending in this Honorable Court, in the form of a Tort Claim. That all of the above cases require are pending with additional documents to be filed and court deadlines to be adhered to.

Respectfully Submitted,

Dated this 26th day of July 2006.

_/s/_

Neil Paris Sugarman
#56725-097
USP Victorville

RECEIVED

AUG 7 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, __NEIL PARY SUGARMAN__ hereby certify that I have served a true and correct copy of the following:

1) Motion to correct record to conform to found

2) Motion for a (30) day extension of time to comply with order of 6/30/06 ) to provide a leg ible copy of original complaint

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, _Houston v. Lack,_ 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

KATHLEEN KONOPKA
AUSA, 555 Fourth St. NW
Washington, DC 20530

and deposited same in the United States Postal Mail at the United States Penitentiary, California, on this: __29th__ day of __July__, 2006

NEIL PARY SUGARMAN
4-56725-057
USP VICTORVILLE