IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"SKY DOG"                           )   Case No. 06-1096(RWR)
AKA NEIL PARIS SUGARMAN,            )
        Plaintiff,                  )   APPLICATION FOR AP-
                                    )   POINTMENT OF COUNSEL
v.                                  )
                                    )
TERESA BANKS, WARDEN, ET. AL.,      )
        Defendants.                 )

(A)   I, Neil Paris Sugarman, applicant in the above captioned Bivens Suit.

(B)   I need an attorney because of the following reasons:

(1)   §1331 claim involves complex legal issues that are difficult to litigate for non-lawyers.

(2)   I have attempted to find attorneys in this area (San Bernardino County) with no success.

I declare under the penalties of perjury that my answers to the foregoing are true to the best of my knowledge.

I understand that I am assigned a lawyer, the lawyer may give that information to the court.

I understand that if my answers on my application to proceed In Forma Pauperis are false, my case can be dismissed.

Date this 4th day of October 2006.

Respectfully submitted,

"Sky Dog"
AKA Neil Paris Sugarman
Fed. Reg. No. 56725-097
USP Victorville